# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASMINE M. FERGUSON,<br><br>**Plaintiff,**<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS,<br><br>**Defendant.** | Civil Action No.:<br><br>1:23-cv-04912-VMC-JEM |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, through counsel and pursuant to 7.1 of the Federal Rules of Civil Procedure, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation

2. Plaintiff is an individual person.

3. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:
   (a) Plaintiff
   (b) Defendant

4. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding at this time:

>Joseph P. McClelland, Esq.
>235 East Ponce de Leon Avenue, Suite 215
>Decatur, Georgia 30030
>Telephone: (770) 775-0938

Dated: October 30, 2023

>Respectfully submitted,
>
>*/s/ Joseph P. McClelland*
>Joseph P. McClelland
>JOSEPH P. MCCLELLAND, LLC
>Georgia Bar No: 483407
>235 East Ponce de Leon Avenue,
>Suite 215
>Decatur, GA 30030
>Telephone: (770) 775-0938
>Fax: (470) 468-0070
>Email: joseph@jacksonlaws.com
>
>*ATTORNEY FOR PLAINTIFF*

# CERTIFICATE OF SERVICE

I certify that on October 30, 2023, a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was filed electronically by Plaintiff. Service of this filing will be made on all ECF registered counsel by operation of the electronic filing system of the court. Parties may access this filing through the system of the court.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

Respectfully submitted,

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

*ATTORNEY FOR PLAINTIFF*