# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASMINE M. FERGUSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>　　　　Defendant. | Case No. 1:23-cv-04912-VMC-JEM |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Jasmine M. Ferguson served a copy of the Summons and Complaint on Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") on November 6, 2023. Accordingly, LexisNexis Risk's responsive pleading is due on November 27, 2023.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), LexisNexis Risk respectfully requests that this Court enter an order extending by thirty (30) days the deadline for LexisNexis Risk to respond to Plaintiff's Complaint (Doc. 1), through and including December 27, 2023. Counsel for Plaintiff consents to this request.

Good cause exists as the parties have worked cooperatively and diligently, Plaintiff will not be prejudiced by this extension, and the parties have not previously sought any other time extension in this case.

A proposed order is attached hereto.

Respectfully submitted this 7th day of November, 2023.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683

*Counsel for Defendant*
*LexisNexis Risk Solutions Inc.*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

>	/s/ William J. Repko III
>	WILLIAM J. REPKO III
>	Georgia Bar No. 301797
>	jay.repko@alston.com
>
>	**ALSTON & BIRD LLP**
>	1201 West Peachtree Street
>	Atlanta, GA 30309-3424
>	Telephone: (404) 881-7683
>
>	*Counsel for Defendant*
>	*LexisNexis Risk Solutions Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 7th day of November, 2023.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683

*Counsel for Defendant*
*LexisNexis Risk Solutions Inc.*