UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE M. FERGUSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>    Defendant. | Case No. 1:23-cv-04912-VMC-JEM |

**ORDER**

This matter came before the Court on a Consent Motion for Extension of Time for Defendant LexisNexis Risk Solutions Inc. to Respond to Plaintiff's Complaint. Upon consideration thereof, and upon good cause shown, it is hereby ORDERED:

(1) LexisNexis Risk's Consent Motion is GRANTED; and

(2) LexisNexis Risk must file its response to Plaintiff's Complaint no later than December 27, 2023.

IT IS SO ORDERED, this ___ day of _____, 2023.

_____
Hon. J. Elizabeth McBath
United States Magistrate Judge