UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASMINE M. FERGUSON,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.

Case No. 1:23-cv-04912-VMC-JEM

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for LexisNexis Risk certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    a. The parties to this action are Jasmine M. Ferguson as the plaintiff and LexisNexis Risk Solutions Inc. as the defendant.

1

    b. Defendant LexisNexis Risk states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk Solutions Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

LexisNexis Risk is not aware of other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

**(3)** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:**

    a. For Plaintiff:

        Joseph P. McClelland
        Georgia Bar No. 483407
        LAW FIRM OF JOSEPH P. MCCLELLAND, LLC
        235 East Ponce de Leon Ave., Suite 215
        Decatur, GA 30030
        Telephone: (770) 775-0938
        Fax: (470) 468-0070
        Email: joseph@jacksonlaws.com

    b. For LexisNexis Risk Solutions Inc.:

        William J. Repko III
        Georgia Bar No. 301797
        Alston & Bird LLP
        1201 West Peachtree Street
        Atlanta, Georgia 30309
        Telephone: (404) 881-7683
        Fax: (404) 881-7777
        Email: jim.mccabe@alston.com
             jay.repko@alston.com

Respectfully submitted this 7th day of November, 2023.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683
Fax: (404) 881-7777

*Attorney for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683
Fax: (404) 881-7777

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that on November 7, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com