# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASMINE M. FERGUSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>    Defendant. | Case No. 1:23-CV-04912-VMC-JEM |

## ORDER

Pending before the Court is Defendant's unopposed motion seeking an extension of time to file its answer to the complaint. (Doc. 4.) For good cause shown, the motion is **GRANTED**. Defendant shall have until **December 27, 2023**, to answer or otherwise respond to the complaint.

**SO ORDERED** November 8, 2023.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE