Civil Action No.   1:23-CV-04912-VMC-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **LEXISNEXIS RISK SOLUTIONS**
was recieved by me on  11/05/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on C T CORPORATION SYSTEM, who is designated by law to accept service of process on behalf of LEXISNEXIS RISK SOLUTIONS at 289 S Culver St, Lawrenceville, GA 30046-4805 on 11/06/2023 at 10:24 AM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 63.50 for services, for a total of $ 63.50.

I declare under penalty of perjury that this information is true.

Date:   **NOV - 6 2023**

_____
Server's signature

Marsha Lausman
Printed name and title

3769 Tupelo Trail
Auburn, GA 30011

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to C T CORPORATION SYSTEM, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses. Jayne Richardson, SOP**



Tracking #: 0117502127

Civil Action No. 1:23-CV-04912-VMC-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  LEXISNEXIS RISK SOLUTIONS
was recieved by me on 11/05/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on C T CORPORATION SYSTEM, who is designated by law to accept service of process on behalf of LEXISNEXIS RISK SOLUTIONS at 289 S Culver St, Lawrenceville, GA 30046-4805 on 11/06/2023 at 10:24 AM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 63.50 for services, for a total of $ 63.50.

I declare under penalty of perjury that this information is true.

Date: **NOV - 6 2023**

Server's signature

Marsha Lausman
Printed name and title

3769 Tupelo Trail
Auburn, GA 30011

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to C T CORPORATION SYSTEM, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses. Jayne Richardson, SOP**




Tracking #: 0117502127

DocuSign Envelope ID: 8FB1C0EC-23D7-409E-88D0-63B11C700B2F

## AFFIDAVIT OF PROCESS SERVER

I, the undersigned, __Marsha Lausman__, being dully sworn, deposes and states:

    1)    That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

    2)    That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

*DocuSigned by:* [signature] D4B714EB57D347D...
signature: Marsha Lausman

print name: Marsha Lausman

address line 1: 3769 Tupelo Trail

City, State, Zip: Auburn, GA 30011

phone: 7703397739    lausman33@gmail.com

server email address